PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 0972 2:03CR00424** |
| ) | |
| **JEROMY PAUL SHULL** ) | |
| ) | |

On June 7, 2002, the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Joseph N. Gama

**JOSEPH N. GAMA
United States Probation Officer**

Dated:    March 21, 2006
         Redding, California


                /s/ Richard A. Ertola
**REVIEWED BY:** _____
         **RICHARD A. ERTOLA
         Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   Shull, Jeromy Paul**
      **Docket Number:   0972 2:03CR00424**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.


 March 28, 2006                         /s/ Frank C. Damrell Jr.
**Date**                                **FRANK C. DAMRELL, JR.**
                                        **United States District Judge**


JNG:aph

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office